1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                                    No. 2:25-cv-02215-JAM-CSK
        IN RE:  STEVEN WAYNE BONILLA
12                                                    No. 2:25-cv-02216-JAM-CSK

13                                                    No. 2:25-cv-02218-JAM-CSK

14                                                    No. 2:25-cv-02219-JAM-CSK

15                                                    No. 2:25-cv-02226-JAM-CSK

16                                                    No. 2:25-cv-02227-JAM-CSK

17                                                    No. 2:25-cv-02228-JAM-CSK

18                                                    No. 2:25-cv-02230-JAM-CSK

19                                                    No. 2:25-cv-02232-JAM-CSK

20                                                    No. 2:25-cv-02233-JAM-CSK

21

22

23                                                    **ORDER**

24

25

26         Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

27  above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

28  litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

1

1  proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

2  Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

3  13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of

4  the Court to open a new case for each attempted new pleading and assign it to the Court for

5  review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's

6  Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

7       The Court has reviewed the complaints/petitions filed in the above-captioned cases and

8  finds they are related to Plaintiff's Alameda County criminal conviction.

9       Accordingly, IT IS HEREBY ORDERED that 2:25-cv-02215, 2:25-cv-02216, 2:25-cv-

10  02218, 2:25-cv-02219, 2:25-cv-02226, 2:25-cv-02227, 2:25-cv-02228, 2:25-cv-02230, 2:25-cv-

11  02232 and 2:25-cv-02233 are **DISMISSED;** the Clerk of the Court is **DIRECTED** to **CLOSE**

12  these cases.  **No further filings will be accepted**.

13

14  August 18, 2025

15                                    _____

16                                    JOHN A. MENDEZ,
                                       SENIOR UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

2